Appellants; CONNECTICUT MUTUAL LIFE INSURANCE COMPANY, Respondent.—
Order unanimously affirmed, with twenty dollars costs and disbursements. No
opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.

RIVERSIDE & DAN RIVER COTTON MILLS, INC., Respondent, v. RELIANCE
MANUFACTURING COMPANY, Appellant.— Order unanimously affirmed, with
twenty dollars costs and disbursements. No opinion. Present — Martin, P. J.,
O'Malley, Glennon, Untermyer and Cohn, JJ.

In the Matter of the Application of MILTON GLANTZ, Appellant, for an Order
against RUSSELL FORBES, as Commissioner of Purchase of the City of New York,
Respondent.— Order unanimously affirmed, with twenty dollars costs and dis-
bursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Unter-
myer and Cohn, JJ.

In the Matter of CHARLES F. KELLEY, an Attorney.— Reference ordered.
Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.

In the Matter of CARL PIERCE LOTHROP, an Attorney.— Reference ordered.
Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.

THEODORE W. STEMMLER, Plaintiff, v. MARY W. LILLIE and Others, Defendants.
In the Matter of the Petition of JULIA W. PORGES, Respondent, Appellant, for
an Order Directing the CHAMBERLAIN OF THE CITY OF NEW YORK to Pay to Her
Her Proportionate Share of the Fund Deposited with Him under Final Judgment
in the Above-entitled Action, with Interest. ALMERINDO PORTFOLIO, as Treasurer,
etc., Appellant, Respondent.— Order modified by eliminating items 3 and 4 from
the order of reference, and as so modified affirmed, without costs. Present —
Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.; O'Malley and
Untermyer, JJ., dissent and vote to reverse and dismiss the petition for the reasons
stated in the dissenting opinion in Gerschon v. Travelers Insurance Co. (251 App.
Div. 281).

In the Matter of the Judicial Settlement of the Accounts of UNITED STATES
TRUST COMPANY OF NEW YORK, as Trustee of the Trusts Created by the Eleventh
Paragraph of the Will of FRANCIS L. LELAND, Deceased, for the Benefit of LALETTA
LELAND and Others. DANTE V. LELAND and Others; UNITED STATES TRUST
COMPANY OF NEW YORK, as Trustee, etc.— Motion for leave to appeal to the Court
of Appeals denied, with ten dollars costs. Present — O'Malley, Townley, Glen-
non, Dore and Cohn, JJ.

MARY COUGHLIN, an Infant, etc., by JOHN COUGHLIN, Her Guardian ad Litem,
and JOHN COUGHLIN v. WILLIAM J. JONES.— Motion for leave to appeal to the
Court of Appeals denied, with ten dollars costs. Present — O'Malley, Untermyer,
Dore, Cohn and Callahan, JJ.

MARY COUGHLIN, an Infant, etc., by JOHN COUGHLIN, Her Guardian ad Litem,
and JOHN COUGHLIN v. WILLIAM J. JONES.— Motion denied and stay vacated.
Present — O'Malley, Untermyer, Dore, Cohn and Callahan, JJ.

MINNA F. LIPPMAN v. GEORGE GILCHRIST and Others.— Motion for leave to
appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin,
P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE CONTINENTAL BANK & TRUST COMPANY OF NEW YORK, as Successor
Trustee, etc., v. MAJESTIC HOTEL CORPORATION and Others, Impleaded with
LOUIS F. SCHULTZE, as Receiver of S. W. STRAUS & Co., INCORPORATED. THE
REAL ESTATE BONDHOLDERS' PROTECTIVE COMMITTEE, Intervenor; ETHEL QUICK,